# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LORI ANN SIMMONS AND JOHN SIMMONS,      :   No. 262 MAL 2019

Petitioners      :   Petition for Allowance of Appeal from the Order of the Superior Court

v.

CROTHALL HEALTHCARE, INC.,

Respondent

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.